IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK,<br><br>    Plaintiff,<br><br>  v.<br><br>KEITH A. VANN,<br><br>    Defendant.                      / | No. C 12-04023 CRB<br><br>**ORDER AWARDING FEES** |

In remanding this case to state court, this Court found that Defendant did not have an objectively reasonable basis for removal, and granted Plaintiff's request for fees. See Order Remanding (dkt. 8). The Court ordered Plaintiff to file a declaration detailing all fees incurred in response to the Notice of Removal. Id. Plaintiff has now done so, declaring that it incurred $350.00 in fees in response to the Notice of Removal. See Bankson Decl. ¶ 4. Good cause appearing therefor, the Court AWARDS Plaintiff $350.00 in fees pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: August 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4023\order awarding fees.wpd