IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK,<br><br>    Plaintiff,<br><br>  v.<br><br>KEITH A. VANN,<br><br>    Defendant.<br>_____ / | No. C 12-04023 CRB<br><br>**ORDER DENYING EMERGENCY PETITION FOR PRELIMINARY INJUNCTION** |

    Defendant Keith Vann has filed an "Emergency Petition Ex Parte for Preliminary Injunction," asking the Court to "stop all harassment, collection attempt(s), foreclosure(s), sales and/or otherwise unlawful taking of property from Petitioner." This Petition is DENIED. The Court remanded Defendant's case on August 10, 2012. See dkt. 8. The Court terminated Defendant's case the same day. See dkt. 10. The Court therefore lacks jurisdiction to adjudicate the merits of Defendant's Petition. See Moore v. Permanente Med. Grp., Inc., 981 F.2d 443, 445 (9th Cir. 1992) (district court is divested of jurisdiction on the merits after remand). To the extent Defendant seeks emergency relief, he may seek it in state court.

    **IT IS SO ORDERED.**

Dated: August 17, 2012

                                                             CHARLES R. BREYER<br>                                                             UNITED STATES DISTRICT JUDGE