1
2
3
4
5
6

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK,

       Plaintiff,

  v.

KEITH A. VANN,

       Defendant.
_____/

No. C 12-04023 CRB

**ORDER DENYING MOTION TO**
**CORRECT THE DOCKET**

     Defendant Keith Vann has filed a Motion to Correct the Docket (dkt. 21).  The Court
does not find any errors in the docket in need of correction, and therefore DENIES the
Motion.

     **IT IS SO ORDERED.**

Dated: August 28, 2012

                                                
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE