IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, | No. C 12-04023 CRB |
| Plaintiff, | **ORDER DENYING MOTION TO CORRECT THE DOCKET** |
| v. | |
| KEITH A. VANN, | |
| Defendant. | |

Defendant Keith Vann has filed a Motion to Correct the Docket (dkt. 21). The Court does not find any errors in the docket in need of correction, and therefore DENIES the Motion.

**IT IS SO ORDERED.**

Dated: August 28, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4023\order re correct docket.wpd